UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIA MARIA DE OLIVEIRA CORDEIRO,<br><br>Plaintiff<br><br>v.<br><br>ATTORNEY GENERAL LORETTA LYNCH, et al.,<br><br>Defendants. | Case No. CV 16-3107-AG (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all other documents filed in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's "Form of Objection." The Court has conducted a de novo review of those matters in the Report to which objections have been stated.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that, pursuant to Rules 4(m) and 12(b)(1) and (6) of the Federal Rules of Civil Procedure: the Complaint is dismissed without leave to amend; and Judgment shall issue dismissing this action with prejudice.

DATE: _October 30, 2016   _____

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE