UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIA MARIA DE OLIVEIRA CORDEIRO,<br><br>Plaintiff<br><br>v.<br><br>ATTORNEY GENERAL LORETTA LYNCH, et al.,<br><br>Defendant. | Case No. CV 16-3107-AG (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings And Recommendations Of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: October 30, 2016_____    _____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE